UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
ARISTA RECORDS LLC, a limited liability
company; BMG MUSIC, a general partnership              STIPULATION
PRIORITY RECORDS LLC, a corporation; SONY
BMG MUSIC ENTERTAINMENT, a general
partnership; UMG RECORDINGS, INC., a                   CIVIL NO.
corporation; ZOMBA RECORDING LLC, a                    05 CV 5902
limited liability company,

                    Plaintiff,

          -against-

FULTON BEAT STREET RECORDS, INC., D/B/A
BEAT STREET RECORDS, a corporation; and
FRED JEMAL, an individual;

                    Defendants.
------------------------------------------------X

IT IS HEREBY STIPULATED that the time for the defendants, FULTON BEAT STREET RECORDS, INC., D/B/A BEAT STREET RECORDS, a corporation; and FRED JEMAL, an individual herein, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 27TH day of January, 2006, on consent.

Dated:   New York, New York
         January 20, 2006

HANKIN, HANDWERKER & MAZEL, PLLC          COWAN, DEBAETS, ABRAHAMS
                                          & SHEPPARD, LLP
ATTORNEY(S) FOR DEFENDANT                 ATTORNEY(S) FOR PLAINTIFF
BY: _____             BY: _____
    MARK L. HANKIN, ESQ.                      RALPH J. SUTTON, ESQ.

                                          *SO ORDERED:*
                                          /s/
                                          *Roanne L. Mann*
                                          *U.S. Magistrate Judge*
                                          *Dated:* 1/23/06